INFORMATION SHEET

DEFENDANT:  DHRUV JANI

YEAR OF BIRTH: 1983

ADDRESS: India

COMPLAINT FILED?      X  YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  21-mj-00122-STV

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   X   NO

| | |
|---|---|
| OFFENSES: | Count 1:  18 U.S.C. §§ 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment) |
| | Counts 2-6:  18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering (Concealment) |
| | Count 7:  18 U.S.C. § 875(c) Interstate Transmission of a Threatening Communication |

LOCATION OF OFFENSE: Logan County, Colorado

| | |
|---|---|
| PENALTY: | Count 1: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture. |
| | Counts 2-6:  Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture. |
| | Count 7:  Imprisonment of NMT 5 years, a fine of NMT $250,000, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution |
| AGENT: | Gary Dickens, Special Agent<br>Social Security Administration, Office of Inspector General |
| | Sonia Hacker, Special Agent |

                United States Postal Inspection Service, Office of Inspector General

AUTHORIZED BY:  Martha A. Paluch
                           Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less

____ over five days

____ other

THE GOVERNMENT **will** seek detention in this case.

OCDETF case: NO