INFORMATION SHEET

DEFENDANT: JAMES ALBERT WITTE

YEAR OF BIRTH: 1953

ADDRESS: Wray, Colorado

COMPLAINT FILED?    _____ YES   __X__ NO

　　　IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    _____ YES   __X__ NO

| | |
|---|---|
| OFFENSES: | Count 1: 18 U.S.C. §§ 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment) |
| | Counts 2-5: 18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering (Concealment) |

LOCATION OF OFFENSE: Logan County, Colorado

| | |
|---|---|
| PENALTY: | Count 1: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture. |
| | Counts 2-5: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture. |
| AGENT: | Gary Dickens, Special Agent<br>Social Security Administration, Office of Inspector General |
| | Sonia Hacker, Special Agent<br>United States Postal Inspection Service, Office of Inspector General |
| AUTHORIZED BY: | Martha A. Paluch<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__X__  five days or less

_____  over five days

_____  other

THE GOVERNMENT **will not** seek detention in this case.

OCDETF case: NO