AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>JAMES ALBERT WITTE,<br><br>*Defendant* | )<br>)<br>)  Case No.  22-cr-00202-RM<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAMES ALBERT WITTE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☑ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  18 U.S.C. 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment)
Counts 2-5:  18 U.S.C. 1956(a)(1)(B)(i) Money Laundering (Concealment)

Date:   07/20/2022                                                                                  s/ S. Dunbar
                                                                                                            *Issuing officer's signature*

City and state:   Denver, Colorado                                             Jeffrey P. Colwell, Clerk U.S. District Court
                                                                                                            *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                                                            *Arresting officer's signature*

                                                                                                            *Printed name and title*