UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 22-cr-00202-RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

2.    JAMES ALBERT WITTE,

        Defendant.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

Martha H. Eskesen of MARTHA H. ESKESEN, P.C., hereby enters her appearance as court-appointed counsel for defendant James Albert Witte in the above-captioned action.

Dated:  July 27, 2022        MARTHA H. ESKESEN, P.C.

        s/ Martha H. Eskesen
        Martha H. Eskesen
        7887 East Belleview, Suite 1100
        Denver, CO 80111
        Telephone:   (303) 228-1668
        Facsimile:   (303) 573-4921
        Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 27, 2022, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant U.S. Attorney
Martha.Paluch@usdoj.gov


And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

James Albert Witte  (via U.S. Mail)


        MARTHA H. ESKESEN, P.C.

        s/ Martha H. Eskesen
        Martha H. Eskesen
        5445 DTC Parkway, Penthouse 4
        Greenwood Village, CO 80111
        Telephone:   (303) 486-6938
        Facsimile:   (303) 573-4921
        Email: meskesen@eskesenlaw.com