PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **James Albert Witte** | ) | Case No. 1:22CR00202 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, James Albert Witte, have discussed with Jake Smith, Probation Officer, modification of my release as follows:

Get medical, psychiatric, and/or mental health treatment as deemed appropriate by the supervising officer and/or mental health treatment/medical provider.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signed] James A. Witte_     9/3/2022          _[signed]_  9/6/2022        Select Date
Signature of Defendant        Date              Probation Officer            Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed] Martha H. Eveler_                     9/3/2022
Signature of Defense Counsel                    Date

MARTHA PALUCH  Digitally signed by MARTHA PALUCH    Select Date
               Date: 2022.09.06 12:07:31 -06'00'
Signature of Assistant U.S. Attorney            Date

[X]   The above modification of conditions of release is ordered, to be effective on __immediately__.

[ ]   The above modification of conditions of release is **not** ordered.

_[signed]_                                      09/06/2022
                                                Select Date
Signature of Judicial Officer                   Date