UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 22-cr-00202-RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

2.    JAMES ALBERT WITTE,

        Defendants.

_____

**NOTICE OF DISPOSITION**
_____

James Albert Witte, by his attorney, hereby gives notice that the parties have reached a disposition in this case subject to the Court's consideration of the parties' proposed plea agreement.  Mr. Witte requests the Court direct the parties to jointly contact Chambers to schedule the change of plea hearing consistent with the Court's and counsels' availability.

Dated:  October18, 2022        MARTHA H. ESKESEN, P.C.

        s/ Martha H. Eskesen
        Martha H. Eskesen
        7887 East Belleview, Suite 1100
        Denver, CO 80111
        Telephone:   (303) 228-1668
        Facsimile:    (303) 573-4921
        Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 18, 2022, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant U.S. Attorney
Martha.Paluch@usdoj.gov

David Johnson, Assistant Federal Public Defender
David_Johnson@fd.org
*Attorney for Dhruv Jani (#1)*

Martin Stuart
mstuart@mswdenver.com
*Attorney for Jason Lee Henderson (#3)*

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

James Albert Witte  (via hand-delivery)

                        MARTHA H. ESKESEN, P.C.

                        s/ Martha H. Eskesen
                        Martha H. Eskesen
                        7887 East Belleview, Suite 1100
                        Denver, CO 80111
                        Telephone:    (303) 228-1668
                        Facsimile:    (303) 573-4921
                        Email: meskesen@eskesenlaw.com