IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00202-RM

**UNITED STATES OF AMERICA,**

 Plaintiff,

v.

2. **JAMES ALBERT WITTE,**

 Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

 The United States of America respectfully moves for an additional one-level reduction in defendant James Albert Witte's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines.  Defendant's agreement to plead guilty and

//


//


//


//

1

timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

        By: *s/ Martha A. Paluch*
        Martha A. Paluch
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0409
        E-mail: Martha.Paluch@usdoj.gov
        Attorney for the United States

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on January 17, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

                                    <u>/s *Martha A. Paluch*</u>
                                    Martha A. Paluch
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1801 California Street, Suite 1600
                                    Denver, Colorado 80202
                                    Telephone: (303) 454-0100
                                    E-mail: <u>Martha.paluch@usdoj.gov</u>