IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00202-RM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

2    **JAMES ALBERT WITTE,**

    Defendant.

---

### GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

---

    The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves the Court, after having accepted Defendant James Albert Witte's plea of guilty to Count 1 of the Superseding Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 2 through 5 of the Superseding Indictment with respect to Defendant James Albert Witte only at the time of sentencing.

    Respectfully submitted,

*s/ Martha A. Paluch*_____
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

1

2

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov