# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00202-RM

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

2.    **JAMES ALBERT WITTE,**

      **Defendant.**

---

## ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

---

THIS MATTER comes before the Court upon the Government's motion to dismiss with prejudice Counts 2 through 5 of the Superseding Indictment with respect to Defendant James Albert Witte only.  The Court having considered this motion, it is hereby

ORDERED that the Government's Motion to Dismiss Counts With Prejudice [Doc.     ] is GRANTED.  It is further

ORDERED that Counts 2 through 5 of the Superseding Indictment are dismissed with prejudice as to Defendant James Albert Witte only.

DATED this _____ day of January, 2023.

                                                    BY THE COURT:

                                                    RAYMOND P. MOORE
                                                    United States District Judge
                                                    District of Colorado

1