# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: January 20, 2023 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation: Sara Johnson | |

**CASE NO. 22-cr-00202-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 2. JAMES ALBERT WITTE, | Martha Eskesen |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**Court in session:   1:03 p.m.**

Appearances of counsel.   Defendant is present and on bond.

Preliminary remarks made by the Court.

Defendant entered his plea on November 2, 2022, to Count 1 of the Superseding Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:**   Government's motion (Doc. 89) is GRANTED.

**ORDERED:**   Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (Doc. 96) is GRANTED.

**ORDERED:**   Government's Motion to Dismiss Counts with Prejudice (Doc. 97) is GRANTED.

Discussion held regarding restitution and sentencing guideline calculation.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, JAMES ALBERT WITTE, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **26 months.**

The Court RECOMMENDS that the Bureau of Prisons place the defendant at the camp at Englewood.

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:** While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** in the **total** amount of **$763,089.21 as set forth in the Presentence Investigation Report.   Restitution is joint and several with the co-defendants in this case.**   Interest on the restitution amount is waived, because the defendant has no ability to pay the interest.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Bond is continued.

**ORDERED:** Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess:**     **2:53 p.m.**
Hearing concluded.
Total time:     1:50