IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00202-RM-2

UNITED STATES OF AMERICA,

   Plaintiff,

v.

James Albert WITTE,

   Defendant.

---

### VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT
---

The Judgment imposed on January 20, 2023, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the Englewood Satellite Camp. Accordingly,

IT IS ORDERED that Defendant, James Albert WITTE, shall surrender himself by reporting to the Warden at the Englewood Satellite Camp, located at 9595 West Quincy Avenue, Littleton, CO 80123 on February 23, 2023, by 12 p.m.
Travel will be at his own expense.

DATED at Denver, Colorado, this  7th   day of February 2023.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge