# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-000202-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DHRUV JANI,
2. JAMES ALBERT WITTE, and
3. JASON LEE HENDERSON,

    Defendants.

## ENTRY OF APPEARANCE

To: The Clerk of Court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:  <u>The United States of America.</u>

    DATED at Denver, Colorado this <u>3rd</u> day of November, 2023.

    COLE FINEGAN
    United States Attorney

    <u>s/William B. Gillespie</u>
    **William B. Gillespie**
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: 303-454-0100
    E-mail:  William.Gillespie@usdoj.gov
    Counsel for United States

## CERTIFICATE OF MAILING

I hereby certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to CM/ECF participants.

In addition, I hereby certify that I have mailed or faxed the document to the following non-CM/ECF participants:

Address of Defendants:

Dhruv Jani,  # 07542-510
USP Thomson
PO Box 1002
Thomson, IL 61285

James Albert Witte, # 13016-510
FCI Englewood
9595 W Quincy Avenue
Littleton, CO 80123

Jason Lee Henderson, # 12821-510
FCI Butner Medium II
PO Box 1500
Butner, NC 27509

                                                s/ Carolyn Dean
                                                U.S. Attorney's Office